# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-04081-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| SH Holdings LLC, | |
| Defendant. | |

On July 18, 2018, Plaintiff filed a Notice of Suspension and Request for Stay Pending Retainer of New Counsel (Doc. 16), wherein he informs the Court that his counsel's law license has been suspended on an interim basis and thus counsel can no longer appear on his behalf. (*Id*.)  Plaintiff therefore requests that the Court "stay this proceeding for a period of sufficient duration for plaintiff to find and engage new counsel." (*Id*.)  No response has been filed.  Over three months have passed since Plaintiff filed his motion and no newly engaged counsel has appeared on behalf of Plaintiff.  The Court will not indefinitely stay these proceedings.

**IT IS ORDERED** that no later than November 2, 2018, Plaintiff must either have his substitute counsel file a notice of appearance, or Plaintiff must advise the Court of his address and phone number if he decides to appear pro se.  If by November 2, 2018, Plaintiff does not notify the Court that he has elected to proceed pro se by providing his contact information and if Plaintiff does not have counsel who can continue his representation, the Clerk of Court is kindly directed to terminate any pending motions

and dismiss this case without prejudice, without further order of the Court.  Plaintiff's Request for a Stay Pending Retainer of New Counsel (Doc. 16) is thus **denied** except for the limited relief provided herein.

Dated this 23rd day of October, 2018.

Honorable Diane J. Humetewa
United States District Judge